SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for *Plaintiff ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>    Plaintiff,<br><br>  v.<br><br>MACROVERSE MEDIA, INC.,<br><br>    Defendant. | Case No.  2:25-cv-7573<br><br>**PLAINTIFF'S CERTIFICATION AND NOTICE PURSUANT TO LOCAL RULE 7.1-1** |

The undersigned counsel of record for Plaintiff Adam Fortier d/b/a Portmanteau Publishing, certifies that, apart from the Plaintiff and the Defendant, Plaintiff is unaware of any party who would have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 13, 2025    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By    */s/ Jesse A. Salen*
           JESSE A. SALEN

    *Attorneys for Plaintiff ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING*