AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MACROVERSE MEDIA, INC.
was received by me on *(date)* 8/18/2025

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* John "Doe" (African, male, 64, dark hair, dark eyes, 5'6", 200 lbs) Mail Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* MACROVERSE MEDIA, INC.
_____ on *(date)* 8/19/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/21/2025

_____
*Server's signature*

Rocio Morales / Process Server
*Printed name and title*

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92102
*Server's address*

Additional information regarding attempted service, etc:

United States District Court-Central District of California
Central District of California
ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING vs. MACROVERSE MEDIA, INC.
2:25-cv-7573 -CV-SK

633846

SUMMONS IN A CIVIL ACTION

COMPLAINT

CIVIL COVER SHEET

PLAINTIFF'S CERTIFICATION AND NOTICE PURSUANT TO LOCAL RULE 7.1-1

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) COUNSEL ARE REQUIRED TO FURNISH AND DISCUSS THIS NOTICE WITH THEIR CLIENTS

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE VALENZUELA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858-720-8900 | FOR COURT USE ONLY |
|---|---|---|
| Jesse A. Salen (SBN:292043) Sheppard, Mullin, Richter & Hampton, LLP 12275 El Camino Real, Suite 100 San Diego, CA 92130 | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No. 202D-415829 | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court-Central District of California |
| Central District of California |
| 411 West Fourth Street |
| Santa Ana, CA 92701-4516 |

| PLAINTIFF: |
|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING |

| DEFENDANT |
|---|
| MACROVERSE MEDIA, INC. |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER 2:25-cv-7573 -CV-SK |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

ON: MACROVERSE MEDIA, INC. c/o Adam Martin

AT: 8033 Sunset Boulevard, Suite 814
Hollywood, CA 90046

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 8/19/2025 12:18:00 PM
PERSON SERVED: John "Doe" (African, male, 64, dark hair, dark eyes, 5'6", 200 lbs) Mail Clerk - Person Authorized to Accept

FEE FOR SERVICE: $152.65

Registered California Process Server
County: Los Angeles
**Registration No.** 2018259964
American Messenger Service, Inc.
205 S. Broadway, Suite 925
Los Angeles, CA 90012
(866) 444-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Thursday, August 21, 2025**

Signature: _____
Rocio Morales

PROOF OF SERVICE

633846

United States District Court-Central District of California
Central District of California
ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING vs. MACROVERSE MEDIA, INC.
2:25-cv-7573 -CV-SK

633846

SUMMONS IN A CIVIL ACTION

COMPLAINT

CIVIL COVER SHEET

PLAINTIFF'S CERTIFICATION AND NOTICE PURSUANT TO LOCAL RULE 7.1-1

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) COUNSEL ARE REQUIRED TO FURNISH AND DISCUSS THIS NOTICE WITH THEIR CLIENTS

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE VALENZUELA