BUCHALTER
A Professional Corporation
AARON M. LEVINE (SBN: 299260)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: alevine@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: mseror@buchalter.com

Attorneys for Defendant,
MACROVERSE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendants. | Case No. 2:25-cv-07573-CV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 19, 2025<br><br>Current Response Date: Sept. 9, 2025<br><br>New Response Date: Sept. 23, 2025 |

# STIPULATION

WHEREAS, Plaintiff ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING ("Plaintiff") filed the instant complaint on August 13, 2025;

WHEREAS, Plaintiff filed a proof of service indicating that Defendant MACROVERSE MEDIA, INC. ("Defendant") was served with the Summons and Complaint in this action on August 19, 2025, making September 9, 2025, Defendant's current deadline to answer or otherwise respond to the Complaint;

WHEREAS, the parties have agreed, pursuant to Local Rule 8-3, to extend the date for Defendant to answer or otherwise respond to the Complaint by fourteen days, or until September 23, 2025,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension of time up to an including September 23, 2025 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED**.

DATED: September 4, 2025   BUCHALTER
A Professional Corporation

By: */s/ Aaron M. Levine*
MATTHEW L. SEROR
AARON M. LEVINE
Attorneys for Defendant
MACROVERSE MEDIA INC.

DATED: September 4, 2025   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Jesse A. Salen*
JESSE A. SALEN

Attorneys for Plaintiff ADAM FORTIER
d/b/a PORTMANTEAU PUBLISHING

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, I attest that all other signatories listed on this filing, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 4, 2025

BUCHALTER
A Professional Corporation

By: */s/ Aaron M. Levine*
MATTHEW L. SEROR
AARON M. LEVINE
Attorneys for Defendant
MACROVERSE MEDIA INC.