BUCHALTER
A Professional Corporation
AARON M. LEVINE (SBN: 299260)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Email: alevine@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Email: mseror@buchalter.com

Attorneys for Defendant,
MACROVERSE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant, | Case No. 2:25-cv-07573-CV-SK<br><br>**MACROVERSE MEDIA, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| MACROVERSE MEDIA, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 79-5, defendant and counterclaimant MACROVERSE MEDIA, INC. ("Macroverse") hereby files this Application seeking an order to permit the filing of the following documents under seal:

1. <u>Macroverse Media, Inc.'s Counterclaims</u>. This document contains the terms of a July 2024 written agreement (the "MOU") entered into by and between Macroverse and plaintiff and counter-defendant Adam Fortier ("Fortier"). The MOU contains a confidentiality provision that precludes its disclosure or public dissemination.[1] An unredacted copy of this document is attached to the concurrently filed Levine Declaration as **Exhibit "A."**

2. <u>The MOU.</u> This document is the written agreement entered into between Macroverse and Fortier. The agreement contains a confidentiality provision that precludes its disclosure or public dissemination. A redacted copy of it is being attached as **Exhibit "1"** to Macroverse's Counterclaims. An unredacted copy of this document is attached to the concurrently filed Levine Declaration as **Exhibit "B."**

On September 23, 2025, prior to the filing on this Application, Macroverse's counsel contacted Fortier's counsel to determine whether Fortier would oppose this Application. As of this filing, counsel has not received a response or an indication that there will be opposition to the Application.

DATED: September 23, 2025

BUCHALTER
A Professional Corporation

By: */s/ Aaron M. Levine*
AARON M. LEVINE
MATTHEW L. SEROR
Attorneys for Defendant and Counterclaimant
MACROVERSE MEDIA INC.

---

[1] Only those portions of the Counterclaim that contain the terms of the MOU are the subject OF this Application to Seal. All other portions of the Counterclaims have been filed unredacted.