UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>  Plaintiff,<br><br>  v.<br><br>MACROVERSE MEDIA, INC.,<br><br>  Defendant, | Case No. 2:25-cv-07573-CV-SK<br><br>**[PROPOSED] ORDER GRANTING MACROVERSE MEDIA, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL [DOC. # 14]** |
| MACROVERSE MEDIA, INC.,<br><br>  Counterclaimants,<br><br>  v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>  Counter-defendants. | |

On September 23, 2025, defendant and counterclaimant MACROVERSE MEDIA, INC. ("Macroverse") filed an application to file the following documents under seal: (i) Macroverse's Counterclaims and (ii) the July 2024 MOU entered into between Macroverse and plaintiff and counter-defendant Adam Fortier ("Fortier"). The application was brought on the grounds that the Counterclaims refer to provisions of a written agreement (the "MOU") entered into between Macroverse and Fortier, which contains a confidentiality provision which precludes its public dissemination. Accordingly, Macroverse sought to seal the portions of the Counterclaims that referenced the MOU's provisions, and the MOU itself, which is included as Exhibit 1 to the Counterclaims.

The Court, having considered Macroverse's Application and good cause having been found, hereby GRANTS the Application and ORDERS as follows:

1. The following documents shall be filed under seal:
   a. Macroverse Media, Inc.'s Counterclaims
   b. The MOU, a copy of which is attached as Exhibit 1 to the Counterclaims.

IT IS SO ORDERED.

DATED: _____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE