| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Aaron M. Levine 299260<br>Matthew L. Seror 235043<br>Buchalter, A Professional Corporation<br>1000 Wilshire Blvd. Ste 1500<br>Los Angeles, CA 90017<br>213-891-0700<br>213-289-0400<br>alevine@buchalter.com; mseror@buchalter.com<br>ATTORNEY(S) FOR: Macroverse Media, Inc. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING<br><br>Plaintiff(s),<br>v.<br>MACROVERSE MEDIA, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-CV-07573-CV-SK<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Macroverse Media, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Adam Fortier d/b/a Portmanteau Publishing | Plaintiff / Counter-Defendant |
| Macroverse Media, Inc. | Defendant / Counterclaimant |
| Archival Comics LLC | Counter-Defendant |
| Harley Yee | Counter-Defendant |
| Ross Richie | Counter-Defendant |
| Daniel Saeva | Counter-Defendant |

| | |
|---|---|
| September 23, 2025<br>Date | /s/ Aaron Levine<br>Signature<br>Aaron Levine<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendant and Counterclaimant Macroverse Media, Inc. |

CV-30 (05/13)          **NOTICE OF INTERESTED PARTIES**