BUCHALTER
A Professional Corporation
AARON M. LEVINE (SBN: 299260)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Email: alevine@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Email: mseror@buchalter.com

Attorneys for Defendant,
MACROVERSE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, <br><br> Plaintiff, <br><br> v. <br><br> MACROVERSE MEDIA, INC., <br><br> Defendant, <br><br><br> MACROVERSE MEDIA, INC., <br><br> Counterclaimants, <br><br> v. <br><br> ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive, <br><br> Counter-defendants. | Case No. 2:25-cv-07573-CV-SK <br><br> **SUPPLEMENTAL DECLARATION OF AARON LEVINE IN SUPPORT OF MACROVERSE MEDIA, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL [DOC #14]** |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DECLARATION OF AARON LEVINE IN SUPPORT OF APPLICATION TO SEAL**

2:25-C-07573-CV-SK

BN 94277119v1

# DECLARATION OF AARON LEVINE

I, Aaron Levine, declare as follows:

1. I am an attorney duly authorized and licensed to practice law in the State of California and in the United States District Court, Central District of California and am a shareholder of the law firm of Buchalter, A Professional Corporation, attorneys of record for defendant and counterclaimant MACROVERSE MEDIA, INC. ("Macroverse"). The facts set forth in this Declaration are based upon my personal knowledge, and if called upon to do so, I could and would competently testify to those facts

2. On September 23, 2025, prior to the filing of Macroverse's Application to File Under Seal [Doc. 14] (the "Application"), I contacted Plaintiff's counsel, Jesse Salen, to determine whether Plaintiff would oppose the Application. I did not hear from Mr. Salen prior to executing my previous declaration; however, Mr. Salen contacted me shortly after my office filed the Application to confirm that there was no opposition to the Application.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed at Los Angeles, California, on September 23, 2025.

/s/Aaron M. Levine
AARON M. LEVINE

2
BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES
DECLARATION OF AARON LEVINE IN SUPPORT OF APPLICATION TO SEAL
2:25-C-07573-CV-SK
BN 94277119v1