SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Plaintiff/Counter-Defendant
ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>       Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>       Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM BY NOT MORE THAN 30 DAYS**<br><br>Counterclaim served:     9/23/25<br>Current response date:  10/14/25<br>New response date:       10/28/25 |
| AND RELATED COUNTERCLAIM. | |

   WHEREAS, Defendant/Counter-Claimant MACROVERSE MEDIA, INC. ("Counter-Claimant") filed and served its Counterclaims on September 23, 2025 as against Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING ("Counter-Defendant"), making October 14, 2025, Counter-Defendant's current deadline to answer or otherwise respond to the Counterclaims;

   WHEREAS, the parties have agreed, to extend the date for Counter-Defendant to answer or otherwise respond to the Counterclaims by fourteen days, or until October 28, 2025.

///

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

Counter-Defendant shall have an extension of time up to an including October 28, 2025 to answer or otherwise respond to Counter-Claimant's Counterclaims.

**IT IS SO STIPULATED**.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: October 10, 2025    By: _____/s/Jesse A. Salen_____
JESSE A. SALEN
Attorneys for Plaintiff/Counter-Defendant
ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING

BUCHALTER
A Professional Corporation

Dated: October 10, 2025    By: _____/s/Aaron M. Levine_____
MATTHEW L. SEROR
AARON M. LEVINE
Attorneys for Defendant/Counter-Claimant
MACROVERSE MEDIA, INC.

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, I attest that all other signatories listed on this filing, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 10, 2025    /s/Jesse A. Salen
Jesse A. Salen