| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): | FOR COURT USE ONLY |
|---|---|
| Aaron Levine<br>Buchalter A Professional Corp.<br>1000 WILSHIRE BLVD SUITE 1500 LOS ANGELES, CA 90017 | |
| TELEPHONE NO.: (213) 891-0700 \| FAX NO. (213) 896-0411 \| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Defendant: MACROVERSE MEDIA, INC. | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 312 N. SPRING STREET, ROOM G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF: ADAM FORTIER, et al.

DEFENDANT: MACROVERSE MEDIA, INC., et al.

CASE NUMBER: 2:25-cv-07573-CV-SK

**PROOF OF SERVICE**

Ref. No. or File No.: M9356-0002

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Declaration of Aaron Levine in Support of Macroverse Media, Inc.'s Application to File Documents Under Seal; Macroverse Media, Inc.'s Application to File Documents Under Seal; [Proposed] Order Granting Macroverse Media, Inc.'s Application to File Documents Under Seal [Doc. # 14]; Macroverse Media, Inc.'s Counterclaims; Certification and Notice of Interested Parties (Local Rule 7.1-1); Supplemental Declaration of Aaron Levine in Support of Macroverse Media, Inc.'s Application to File Documents Under Seal [Doc #14]; Summons in a Civil Action; United States District Court Central District of California Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order for Civil Cases Assigned to Judge Valenzuela; Order Re Motions for Summary Judgment [Updated 3/13/25]**

PARTY SERVED: **Harley Yee**
DATE & TIME OF DELIVERY: **10/11/2025 2:30 PM**
ADDRESS, CITY, AND STATE: **655 W 34th St New York, NY 100011114**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

County: **New York**
Registration No.: **New York**
**First Legal Investigations**
**2070 N. Tustin Ave.**
**Santa Ana, CA 92705**
**(714) 550-1375**
**Ref: M9356-0002**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service is true and correct and that this declaration was executed on **October 13, 2025**.

Signature: _____
**Jeffrey Cohen**

**PROOF OF SERVICE**

DefaultProof/INP17557