SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>    Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>    Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ROSS RICHIE, AND ARCHIVAL COMICS LLC'S APPLICATION TO FILE UNDER SEAL**<br><br>Judge: Hon. Cynthia Valenzuela |
| MACROVERSE MEDIA, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>    Counter-Defendants. | |

1  PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5, Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC (collectively "Counter-Defendants") hereby file this Application seeking an order to permit the filing of Adam Fortier d/b/a Portmanteau Publishing, Ross Richie, and Archival Comics LLC's Motion to Dismiss Macroverse Media Inc.'s ("Macroverse") Counterclaims 4-5, 7-8, and 10-14 under seal.

The Motion contains quotations to and discussions of an agreement which is subject to a confidentiality provision that precludes its public dissemination. Accordingly, Counter-Defendants seeks to seal the Motion.

On October 28, 2025, prior to the filing on this Application, Counter-Defendants' counsel, Michael K. Heins, contacted Macroverse's counsel to determine whether Macroverse would oppose this Application. The parties met and conferred on October 28, 2025, and Macroverse does not oppose this Application.

Dated:  October 28, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Jesse A. Salen_____
         JESSE A. SALEN

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC

*Adam Fortier, etc. v. Macroverse Media, Inc., et al.*
USDC, Central Dist. Case No. 2:25-cv-07573-CV-SK

# CERTIFICATE OF SERVICE

I, Jesse A. Salen, hereby certify that on this 28th day of October, 2025, a copy of the foregoing:

- **ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ROSS RICHIE, AND ARCHIVAL COMICS LLC'S APPLICATION TO FILE UNDER SEAL**

- **DECLARATION OF JESSE A. SALEN IN SUPPORT OF ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ROSS RICHIE, AND ARCHIVAL COMICS LLC'S APPLICATION TO FILE UNDER SEAL**

- **[PROPOSED] ORDER GRANTING ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ROSS RICHIE, AND ARCHIVAL COMICS LLC'S APPLICATION TO FILE UNDER SEAL**

were served by email, on the following:

| | |
|---|---|
| Aaron M. Levine<br>BUCHALTER<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-1730<br>Telephone: 213.891.0700<br>Email: alevine@buchalter.com<br><br>*Attorneys for Defendant/Counter-Claimant MACROVERSE MEDIA, INC.* | Matthew L. Seror<br>BUCHALTER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: 949.760.1121<br>Email: mseror@buchalter.com<br><br>*Attorneys for Defendant/Counter-Claimant MACROVERSE MEDIA, INC.* |

I declare under the laws of the United States of America that the foregoing is true and correct. Executed October 28, 2025, at San Diego, California.

/s/Jesse A. Salen
Jesse A. Salen
Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS. LLC