# EXHIBIT A

# [CONDITIONALLY FILED UNDER SEAL]