UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**[PROPOSED] ORDER GRANTING ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ROSS RICHIE, AND ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC'S APPLICATION TO FILE UNDER SEAL [DOC. # ___]** |
| MACROVERSE MEDIA, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-Defendants. | |

On October 28, 2025, Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC (collectively "Counter-Defendants") filed an application to file their Motion to Dismiss Macroverse Media Inc.'s Counterclaims 4-5, 7-8, and 10-14 ("Motion") under seal.

The application was brought on the grounds that the Motion contains quotations to and discussions of an agreement which contains a confidentiality provision which precludes its public dissemination. Accordingly, Counter-Defendants sought to seal the Motion.

The Court, having considered Counter-Defendants' Application and good cause having been found, hereby GRANTS the Application and ORDERS that Adam Fortier d/b/a Portmanteau Publishing, Ross Richie, and Archival Comics LLC f/k/a Authentic Editions, LLC's Motion to Dismiss Macroverse Media Inc.'s Counterclaims 4-5, 7-8, and 10-14 be sealed.

**IT IS SO ORDERED.**

DATED: _____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE