SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>    Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>    Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ROSS RICHIE, AND ARCHIVAL COMICS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS MACROVERSE MEDIA, INC.'S COUNTERCLAIMS 4-5, 7-8 AND 10-14**<br><br>Date: December 12, 2025<br>Time: 1:30 p.m.<br>Ctrm: 10B, 10th Floor<br>Judge: Hon. Cynthia Valenzuela |
| MACROVERSE MEDIA, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>    Counter-Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 12, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard by the Honorable Cynthia Valenzuela in Courtroom 10B of the United States District Court, Central District of California, located at 350 W. First Street, Los Angeles, CA, 90012, Counter-Defendants Adam Fortier d/b/a Portmanteau Publishing, Ross Richie, and Archival Comics LLC ("Counter-Defendants") will, and hereby do, respectfully move this Court for an Order granting the dismissal of Defendant/Counter-Claimant Macroverse Media, Inc.'s counterclaims 4-5, 7-8 and 10-14.

Counter-Defendants seek to dismiss counterclaims 4-5, 7-8 and 10-14 on the grounds that it fails to state a claim upon which relief can be granted under Fed. R. Civ. 12(b)(6).

This Motion will be based upon this Notice, the Memorandum of Points and Authorities (filed as Exhibit A to the Declaration of Jesse A. Salen in Support of Counter-Defendants' Application to File Under Seal [Dkt. No. 30-1], the Declaration of Michael K. Heins filed concurrently herewith, and the records and files in this action and any other further evidence or argument that the Court may receive at or before the hearing.

### Statement of Compliance

This Motion is made following the conference of counsel pursuant to Local Rule 7.3, which took place on October 28, 2025. (*See*, Declaration of Michael K. Heins).

Dated: October 28, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Jesse A. Salen_____
JESSE A. SALEN
Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC

3

Case No. 2:25-cv-07573-CV-SK
NOTICE OF MOTION AND MOTION TO DISMISS MACROVERSE MEDIA, INC.'S COUNTERCLAIMS 5, 7-8 AND 11-14