1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JESSE A. SALEN, Cal Bar No. 292043
3  jsalen@sheppardmullin.com
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone:  858.720.8900
5  Facsimile:  858.509.3691

6  Attorneys for Plaintiff/Counter-Defendant ADAM
   FORTIER d/b/a PORTMANTEAU PUBLISHING;
7  Counter-Defendants ROSS RICHIE, and
   ARCHIVAL COMICS LLC

8

9              UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  ADAM FORTIER d/b/a                  Case No. 2:25-cv-07573-CV-SK
    PORTMANTEAU PUBLISHING,
13                                      **DECLARATION OF MICHAEL K.
              Plaintiff,                HEINS IN SUPPORT OF MOTION
14                                      TO DISMISS MACROVERSE
         v.                             MEDIA, INC.'S COUNTERCLAIMS
15                                      4-5, 7-8 AND 10-14**
    MACROVERSE MEDIA, INC.,
16                                      Date:    December 12, 2025
              Defendant.                Time:    1:30 p.m.
17                                      Ctrm:    10B, 10th Floor
                                        Judge:   Hon. Cynthia Valenzuela
18  ─────────────────────────────
    MACROVERSE MEDIA, INC.,
19
              Counterclaimant,
20
         v.
21
    ADAM FORTIER d/b/a
22  PORTMANTEAU PUBLISHING,
    ARCHIVAL COMICS LLC f/k/a
23  AUTHENTIC EDITIONS, LLC
    HARLEY YEE, ROSS RICHIE,
24  DANIEL SAEVA and DOES 1-10,
    inclusive,
25
              Counter-Defendants.
26

27

28

1    I, Michael K. Heins, declare as follows:

2    1.    I am an attorney duly admitted to practice before this Court. I am an

3    associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for

4    Counter-Defendants Adam Fortier d/b/a Portmanteau Publishing, Ross Richie, and

5    Archival Comics LLC ("Counter-Defendants") in this matter.

6    2.    If called as a witness, I could and would competently testify to all facts

7    within my personal knowledge except where stated upon information and belief.

8    3.    This declaration is submitted in support of Counter-Defendants' Motion

9    to Dismiss Macroverse Media, Inc.'s Counterclaims 4-5, 7-8, and 10-14.

10    4.    On October, 27, 2025, I sent an email to opposing counsel stating the

11    basis for the Motion to Dismiss and asking for a telephonic meet and confer.

12    5.    I met with Aaron Levine, counsel for Macroverse Media, Inc.

13    ("Macroverse"), via telephone on October 28, 2025, to discuss the substance of the

14    Motion and any potential for resolution without involvement of the Court. I explained

15    the bases for Counter-Defendants' Motion to Dismiss to Mr. Levine for Macroverse,

16    namely, failing to state a claim for Counts 4-5, 7-8, and 10-14 in Macroverse's

17    counterclaims. During the telephonic meet and confer, we discussed Counter-

18    Defendant's positions, including: (1) independent contractors cannot be fiduciaries;

19    (2) no one can aid and abet breaching a fiduciary duty if no duty existed in the first

20    place; (3) the lack of allegations address specific interference of relationships; (4) the

21    lack of allegations relating to a valid, protectable trademark; (5) and the lack of

22    particularity in Macroverse's fraud claims.

23    6.    Mr. Levine responded by stating Macroverse would not withdraw its

24    claims and provided citations to certain paragraphs in the counterclaims that

25    Macroverse believed provided sufficient support for each Count.

26    7.    After hearing Macroverse's positions, Counter-Defendants narrowed

27    certain aspects of the motion to dismiss, including dropping arguments with respect

28

DECLARATION OF MICHAEL K. HEINS IN SUPPORT OF MOTION TO DISMISS
MACROVERSE MEDIA, INC.'S COUNTERCLAIMS 4-5, 7-8 AND 10-14

1    to Counts 10 and 11 of the motion to dismiss.  With respect to the other arguments,

2    the parties remain at an impasse.

3          I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.  Executed this 28th day of October,

5    2025, at San Diego, California.

6

7                                                          */s/ Michael K. Heins*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                    Case No. 2:25-cv-07573-CV-SK