| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Aaron M. Levine, Esq. (SBN 299260)<br>BUCHALTER, A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 | | |
| *Telephone No:* 213-891-0700 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>M9356-0002 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Central District of California |
|---|
| *Plaintiff:* ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; ET AL<br>*Defendant:* MACROVERSE MEDIA, INC. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-07573-CV-SK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Macroverse Media, Inc.'s Counterclaims; Declaration Of Aaron Levine In Support Of Macroverse Media, Inc.'s Application To File Documents Under Seal; Supplemental Declaration Of Aaron Levine In Support Of Macroverse Media, Inc.'s Application To File Documents Under Seal [Doc #14]; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Macroverse Media, Inc.'s Application To File Documents Under Seal; [Proposed] Order Granting Macroverse Media, Inc.'s Application To File Documents Under Seal [Doc. # 14]; Standing Order For Civil Cases Assigned To Judge Valenzuela; Notice of Assignment to United States Judges; Order Re Motions For Summary Judgment; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice To Parties Of Court−Directed ADR Program

3. a. *Party served:* Daniel Saeva
   b. *Person served:* Party served in 3a.

4. *Address where the party was served:* 4714 Boston Avenue, La Crescenta, CA 91214

5. *I served the party:*
   a. **by substituted service.** On: Tue, Oct 14 2025 at: 04:20 PM by leaving the copies with or in the presence of:
   "Jane Doe" Occupant, Middle Eastern, Female, Age: 50, Hair: Black , Height: 5'5", Weight: 135

   (1)  [X]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [ ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: <br> Aaron M. Levine, Esq. (SBN 299260) <br> BUCHALTER, A Professional Corporation <br> 1000 Wilshire Boulevard, Suite 1500 <br> Los Angeles, CA 90017 <br>    Telephone No: 213-891-0700 <br><br>    Attorney For: Plaintiff | Ref. No. or File No.: <br> M9356-0002 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT for the Central District of California ||| 
| Plaintiff: MACROVERSE MEDIA, INC. <br> Defendant: ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; ET AL |||
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25-cv-07573-CV-SK |

6. **Person Who Served Papers:**
   a. Lucy Evereteze (2025120774)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $238.65
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

10/16/2025
(Date)

(Signature)



PROOF OF SERVICE

14366810
(17494176)
Page 2 of 2

| Attorney or Party without Attorney:<br>Aaron M. Levine, Esq. (SBN 299260)<br>BUCHALTER, A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>  Telephone No: 213-891-0700<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>M9356-0002 | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the Central District of California

*Plaintiff:* MACROVERSE MEDIA, INC.
*Defendant:* ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; ET AL

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-07573-CV-SK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Macroverse Media, Inc.'S Counterclaims; Declaration Of Aaron Levine In Support Of Macroverse Media, Inc.'s Application To File Documents Under Seal; Supplemental Declaration Of Aaron Levine In Support Of Macroverse Media, Inc.'s Application To File Documents Under Seal [Doc #14]; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Macroverse Media, Inc.'s Application To File Documents Under Seal; [Proposed] Order Granting Macroverse Media, Inc.'s Application To File Documents Under Seal [Doc. # 14]; Standing Order For Civil Cases Assigned To Judge Valenzuela; Notice of Assignment to United States Judges; Order Re Motions For Summary Judgment; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice To Parties Of Court−Directed ADR Program

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Oct 14, 2025
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: Daniel Saeva
                  4714 Boston Avenue, La Crescenta, CA 91214

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Oct 14, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

10/16/2025
(Date)                                                                                 (Signature)