| Attorney or Party without Attorney: <br> Aaron M. Levine, Esq. (SBN 299260) <br> BUCHALTER, A Professional Corporation <br> 1000 Wilshire Boulevard, Suite 1500 <br> Los Angeles, CA 90017 <br> *Telephone No:* 213-891-0700 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> M9356-0002 | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the Central District of California

*Plaintiff:* MACROVERSE MEDIA, INC.
*Defendant:* ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; ET AL

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25-cv-07573-CV-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Macroverse Media, Inc.'s Counterclaims; Declaration Of Aaron Levine In Support Of Macroverse Media, Inc.'s Application To File Documents Under Seal; Supplemental Declaration Of Aaron Levine In Support Of Macroverse Media, Inc.'s Application To File Documents Under Seal [Doc #14]; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Macroverse Media, Inc.'s Application To File Documents Under Seal; [Proposed] Order Granting Macroverse Media, Inc.'s Application To File Documents Under Seal [Doc. # 14]; Standing Order For Civil Cases Assigned To Judge Valenzuela; Notice of Assignment to United States Judges; Order Re Motions For Summary Judgment; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice To Parties Of Court−Directed ADR Program

3. a. Party served: Ross Richie
   b. Person served: Party in item 3.a.
      served under F.R.C.P. Rule 4.

4. Address where the party was served: 4956 Westlawn Avenue, Los Angeles, CA 90066

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun, Oct 19 2025 (2) at: 02:47 PM

6. **Person Who Served Papers:**
   a. Esmeralda Pech (2015248418, Los Angeles)          d. *The Fee* for Service was: $386.79
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

10/21/2025
(Date)                                          (Signature)

PROOF OF SERVICE                                                14366824
                                                                (17494183)