1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JESSE A. SALEN, Cal Bar No. 292043
3  jsalen@sheppardmullin.com
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone: 858.720.8900
5  Facsimile:  858.509.3691

6  Attorneys for Plaintiff/Counter-Defendant ADAM
   FORTIER d/b/a PORTMANTEAU PUBLISHING;
7  Counter-Defendants ROSS RICHIE, HARLEY
   YEE and ARCHIVAL COMICS LLC
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br>13<br>14              Plaintiff,<br>15         v.<br>16  MACROVERSE MEDIA, INC.,<br>17              Defendant.<br>18  AND RELATED COUNTERCLAIM. | Case No. 2:25-cv-07573-CV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM BY NOT MORE THAN 30 DAYS**<br><br>Counterclaim served:     10/11/25<br>Current response date:   11/03/25<br>New response date:       11/24/25 |

19

20         WHEREAS, Defendant/Counter-Claimant MACROVERSE MEDIA, INC.

21  ("Counter-Claimant") filed its Counterclaims on September 23, 2025 as against

22  Counter-Defendant HARLEY YEE ("Counter-Defendant") and Counter-Defendant's

23  current deadline to answer or otherwise respond to the Counterclaims is November 3,

24  2025;

25         WHEREAS, the parties have agreed, to extend the date for Counter-Defendant

26  to answer or otherwise respond to the Counterclaims by 21 days, or until

27  November 24, 2025.

28  / / /

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, Counter-Defendant shall have an extension of time up to an including November 24, 2025 to answer or otherwise respond to Counter-Claimant's Counterclaims.

**IT IS SO STIPULATED**.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: October 31, 2025          By:  */s/Jesse A. Salen*
                                      JESSE A. SALEN
                                      Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC

BUCHALTER
A Professional Corporation

Dated: October 31, 2025          By:  */s/Aaron M. Levine*
                                      MATTHEW L. SEROR
                                      AARON M. LEVINE
                                      Attorneys for Defendant/Counter-Claimant MACROVERSE MEDIA, INC.

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, I attest that all other signatories listed on this filing, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 31, 2025          */s/Jesse A. Salen*
                                 Jesse A. Salen