NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Tannaz "Tawny" Mazarei 188993
Mazarei Law Group, Inc.
19200 Von Karman Ave., Ste 365
Irvine, CA 92612
714-418-5797
714-418-5788
tawny@mazareilaw.com

ATTORNEY(S) FOR:    Daniel Saeva

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Adam Fortier d/b/a/ Portmanteau Publishing ,<br><br>Plaintiff(s),<br><br>v.<br><br>Macroverse Media, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-CV-07573-CV-SK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Daniel Saeva

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Adam Fortier d/b/a Portmanteau Publishing | Plaintiff / Counter-Defendant |
| Macroverse Media, Inc. | Defendant / Counter-claimant |
| Archival Comics LLC | Counter-Defendant |
| Harley Yee | Counter - Defendant |
| Ross Richie | Counter - Defendant |
| Daniel Saeva | Counter - Defendant |

November 3, 2025
Date

/s/ Tawny Mazarei
Signature

Attorney of record for (or name of party appearing in pro per):

Counter-Defendant, Daniel Saeva