Tannaz "Tawny" Mazarei, Esq. (State Bar No.: 188993)
**MAZAREI LAW GROUP, INC.**
19200 Von Karman Ave., Suite 365
Irvine, CA 92612
Phone: (714) 418-5797
Fax: (714) 418-5788

Attorneys for Counter-Defendant, Daniel Saeva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a/ PORTMANTEAU PUBLISHING<br><br>     Plaintiff,<br><br>  v.<br><br>MACROVERSE MEDIA, INC.,<br><br>     Defendant.<br><br>AND ALL RELATED COUNTERCLAIM. | Case No.: 2:25-cv-07573-CV-SK<br><br>**COUNTER-DEFENDANTS CERTIFICATION AND NOTICE PURSUANT TO LOCAL RULE 7.1-1** |

The undersigned counsel of record for Counter – Defendant Daniel Saeva, certifies that, apart from the Counter-Claimant, Counter-Defendant is unaware of any party who would have a direct interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:   November 4, 2025          **MAZAREI LAW GROUP, INC.**


                                                                        By:   /s/ *Tawny Mazarei*
                                                                                Tawny Mazarei, Esq.
                                                                                Attorney for Counter-Defendant, Daniel Saeva