Tannaz "Tawny" Mazarei, Esq. (State Bar No.: 188993)
**MAZAREI LAW GROUP, INC.**
19200 Von Karman Ave., Suite 365
Irvine, CA 92612
Phone: (714) 418-5797
Fax: (714) 418-5788

Attorneys for Counter-Defendant, Daniel Saeva

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a/ PORTMANTEAU PUBLISHING<br><br>    Plaintiff,<br><br>    v.<br><br>MACROVERSE MEDIA, INC.,<br><br>    Defendant.<br><br>AND ALL RELATED COUNTERCLAIM. | Case No.: 2:25-cv-07573-CV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM BY NOT MORE THAN 30 DAYS**<br><br>**Counterclaim Filed:** 09/23/2025<br>**Response Due:**       11/04/2025<br>**New Response Date:** 12/03/2025 |

WHEREAS, Defendant/Counter-Claimant MACROVERSE MEDIA, INC. ("Counter-Claimant") served its Counterclaims on October 14, 2025 as against Counter-Defendant, Daniel Saeva ("Counter-Defendant"), making November 4, 2025, Counter-Defendant's current deadline to answer or otherwise respond to the Counterclaims;

WHEREAS, the parties have agreed to extend the date for Counter-Defendant to answer or otherwise respond to the Counterclaims by twenty-nine days, or until December 3, 2025.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

Counter-Defendant shall have an extension of time up to an including December 3, 2025 to answer or otherwise respond to Counter-Claimant's Counterclaims.

1

Stipulation to extend time for Defendant to respond to Counterclaim

IT IS SO STIPULATED.

Dated: November 4, 2025        **MAZAREI LAW GROUP, INC.**

By: ____/s/ *Tawny Mazarei*_____
Tawny Mazarei, Esq.
Attorneys for Counter-Defendant, Daniel Saeva

Dated: November 4, 2025        **BUCHALTER, A PROFESSIONAL CORPORATION.**

By: ____/s/ *Aaron M. Levine*_____
Aaron M. Levine, Esq.
Attorney for Defendant/ Counterclaimant MACROVERSE MEDIA, INC.

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i) of the Central District of California, I attest that all other signatories listed on this filing, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2025        ____/s/ *Tawny Mazarei*_____
Tawny Mazarei