BUCHALTER
A Professional Corporation
AARON M. LEVINE (SBN: 299260)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Email: alevine@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Email: mseror@buchalter.com

Attorneys for Defendant,
MACROVERSE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant, | Case No. 2:25-cv-07573-CV-SK<br><br>**MACROVERSE MEDIA, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| MACROVERSE MEDIA, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-defendants. | |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**MACROVERSE MEDIA, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**

BUCHALTER 106689147v1

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 79-5, defendant and counterclaimant MACROVERSE MEDIA, INC. ("Macroverse") hereby files this Application seeking an order to permit the filing of the following documents under seal:

1.      <u>Macroverse Media, Inc.'s Opposition to Motion to Dismiss Filed by Counter-Defendants Adam Fortier, Ross Richie, and Archival Comics LLC f/k/a Authentic Editions, LLC</u>.  This document contains details terms from a July 2024 written agreement (the "MOU") entered into by and between Macroverse and plaintiff and counter-defendant Adam Fortier ("Fortier").  The MOU contains a confidentiality provision that precludes its disclosure or public dissemination.  An un-redacted copy of Macroverse's Opposition to the Motion to Dismiss is attached as **Exhibit "A"** to the concurrently filed Declaration of Aaron Levine.

On November 21, 2025, prior to the filing of this Application, Macroverse's attorney, Aaron Levine, contacted Michael Heins and Jesse Salen, attorneys for Fortier, Richie, and Archival Comics LLC, to determine whether these counter-defendants would oppose this Application.  In response, Mr. Heins confirmed that the counter-defendants do not oppose Macroverse's application to seal.

DATED:  November 21, 2025          BUCHALTER
                                                         A Professional Corporation


                                                         By:  */s/ Aaron M. Levine*
                                                         AARON M. LEVINE
                                                         MATTHEW L. SEROR
                                                         Attorneys for Defendant and
                                                         Counterclaimant
                                                         MACROVERSE MEDIA INC.