## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant, | Case No. 2:25-cv-07573-CV-SK<br><br>**[PROPOSED] ORDER GRANTING MACROVERSE MEDIA, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| MACROVERSE MEDIA, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-defendants. | |

On November 21, 2025, defendant and counterclaimant MACROVERSE MEDIA, INC. ("Macroverse") filed an application to file the following documents under seal: (i) Macroverse's Opposition to the Motion to Dismiss Filed by Adam Fortier, Ross Richie, and Archival Comics LLC f/k/a Authentic Editions LLC. The application was brought on the grounds that the Opposition refers to provisions of a written agreement (the "MOU") entered into between Macroverse and Fortier, which contains a confidentiality provision which precludes its public dissemination. Accordingly, Macroverse sought to seal the portions of the Opposition that referenced the MOU's provisions.

The Court, having considered Macroverse's Application and good cause having been found, hereby GRANTS the Application and ORDERS as follows:

1. The following documents shall be filed under seal:

    a. Macroverse Media, Inc.'s Opposition to the Motion to Dismiss Filed by Adam Fortier, Ross Richie, and Archival Comics LLC f/k/a Authentic Editions LLC

IT IS SO ORDERED.

DATED: _____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE