1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   JESSE A. SALEN, Cal Bar No. 292043
3  jsalen@sheppardmullin.com
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone:  858.720.8900
5  Facsimile:   858.509.3691

6  Attorneys for Plaintiff/Counter-Defendant ADAM
   FORTIER d/b/a PORTMANTEAU PUBLISHING;
7  Counter-Defendants ROSS RICHIE, HARLEY
   YEE and ARCHIVAL COMICS LLC
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ADAM FORTIER d/b/a<br>PORTMANTEAU PUBLISHING,<br>13<br>  Plaintiff,<br>14<br>  v.<br>15<br>MACROVERSE MEDIA, INC.,<br>16<br>  Defendant.<br>17<br>18  MACROVERSE MEDIA, INC.,<br>19  Counterclaimant,<br>20  v.<br>21  ADAM FORTIER d/b/a<br>PORTMANTEAU PUBLISHING,<br>22  ARCHIVAL COMICS LLC f/k/a<br>AUTHENTIC EDITIONS, LLC<br>23  HARLEY YEE, ROSS RICHIE,<br>DANIEL SAEVA and DOES 1-10,<br>24  inclusive,<br>25    Counter-Defendants. | Case No. 2:25-cv-07573-CV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br><br>Counterclaim served:  10/11/25<br>Current response date:  11/24/25<br>New response date:  14 days after Order on Dkt. 30 |

26
27
28

1    WHEREAS, Defendant/Counter-Claimant Macroverse Media, Inc. ("Counter-Claimant" or "Macroverse") filed its Counterclaims on September 23, 2025 as against Counter-Defendant Harley Yee ("Mr. Yee") and Mr. Yee's current deadline to answer or otherwise respond to the Counterclaims is November 24, 2025.

WHEREAS, the parties have agreed, to extend the date for Mr. Yee to answer or otherwise respond to the Counterclaims until 14 days after the Court decides Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30).

Macroverse and Mr. Yee offer the following explanation for this temporary indefinite extension, which they believe will ultimately conserve significant Court and party resources. Macroverse and Mr. Yee agreed to this stipulation after undergoing a meet and confer regarding Mr. Yee's response to the Counterclaims. On October 30, 2025, counsel for Mr. Yee informed Macroverse that he intended to move to dismiss the Counterclaims because the Counterclaims do not include factual allegations purporting to establish that this Court has specific or general personal jurisdiction over Mr. Yee.  The parties held a telephonic meet and confer on November 18, 2025 to decide whether they could avoid burdening the Court with the jurisdictional dispute at this time.

During that meet and confer, Macroverse generally agreed that factual allegations relating to personal jurisdiction may need to be added to the Counterclaims in connection with a motion to dismiss under Rule 12(b)(2).  However, Macroverse and Mr. Yee recognized that if Macroverse amended its Counterclaims before the Court decided Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30), such an amendment would technically moot the motion to dismiss (Dkt. 30), by changing the operative pleading in this case.  Accordingly, amending the Counterclaims at this time would only delay resolution of that motion.

Macroverse and Mr. Yee further recognized that the Court may grant Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30) with leave to amend.  Consequently, if Macroverse amends the Counterclaims now (only

with respect to jurisdictional issues as to Mr. Yee), such amendment would not only delay resolution of Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30), but may also require a second amendment of the Counterclaims that would even further delay this case.

Further, if Mr. Yee filed a motion to dismiss based on the current version of the Counterclaims, Mr. Yee's motion would likely not be decided until after the Court issued a ruling on Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30). If, as discussed above, the Court granted the motion to dismiss with leave to amend, an amended Counterclaim may be filed before Mr. Yee's motion to dismiss is heard, thereby mooting Mr. Yee's motion.

This stipulation avoids these unnecessary delays and excessive pleadings, and also potentially aligns each Counter-Defendant's respective responses to any amended counterclaim. For these reasons, Macroverse and Mr. Yee respectfully request their stipulation be entered by this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, Mr. Yee shall answer or otherwise respond to the Counterclaims 14 days after the Court issues an order on Adam Fortier's Archival Comics, and Ross Richie's Motion to Dismiss (Dkt. 30).

**IT IS SO STIPULATED**.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: November 24, 2025     By:    /s/Jesse A. Salen
                                     JESSE A. SALEN
                                     Attorneys for Plaintiff/Counter-Defendant
                                     ADAM FORTIER d/b/a PORTMANTEAU
                                     PUBLISHING; Counter-Defendants ROSS
                                     RICHIE, HARLEY YEE and ARCHIVAL
                                     COMICS LLC

BUCHALTER
A Professional Corporation

Dated: November 24, 2025      By:      /s/Aaron M. Levine
                                        MATTHEW L. SEROR
                                        AARON M. LEVINE
                              Attorneys for Defendant/Counter-Claimant
                              MACROVERSE MEDIA, INC.

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, I attest that all other signatories listed on this filing, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 24, 2025       /s/Jesse A. Salen
                               Jesse A. Salen