UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM** |
| MACROVERSE MEDIA, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-Defendants. | |

1 | On November 24, 2025, Counter-Defendant Harley Lee ("Counter-Defendant") and Counterclaimant Macroverse Media, Inc. ("Macroverse") filed a Stipulation to Extend Time to Respond to Counterclaim.

The Court, having considered the stipulation, and good cause having been found, hereby GRANTS the Stipulation and ORDERS that:

1. Counter-Defendant is to answer or otherwise respond to the Counterclaim on or before fourteen days after the Court decides Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30).

**IT IS SO ORDERED.**

DATED: _____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE