Tannaz "Tawny" Mazarei, Esq. (State Bar No.: 188993)
**MAZAREI LAW GROUP, INC.**
19200 Von Karman Ave., Suite 365
Irvine, CA 92612
Phone: (714) 418-5797
Fax: (714) 418-5788

Attorneys for Counter-Defendant, Daniel Saeva

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a/ PORTMANTEAU PUBLISHING<br><br>   Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>   Defendant.<br><br>AND ALL RELATED COUNTERCLAIM. | Case No.: 2:25-cv-07573-CV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br><br>**Counterclaim Filed:** 09/23/2025<br>**Response Due:** 12/03/2025<br>**New Response Date:** 12/17/2025 |

WHEREAS, Defendant/Counter-Claimant MACROVERSE MEDIA, INC. ("Counter-Claimant") served its Counterclaims on October 14, 2025 as against Counter-Defendant, Daniel Saeva ("Counter-Defendant"), making, pursuant to a previous stipulation between the parties, December 03, 2025, Counter-Defendant's current deadline to answer or otherwise respond to the Counterclaims;

WHEREAS, the parties have agreed, to extend the date for Counter-Defendant to answer or otherwise respond to the Counterclaims until 14 days after the Court decides Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30).

Counter-Claimant and Counter-Defendant offer the following explanation for this temporary indefinite extension, which they believe will ultimately conserve significant and party

resources. Counter-Claimant and Counter-Defendant agreed to this stipulation after undergoing a meet and confer regarding Counter-Defendant's response to the Counterclaims. On November 25, 2025, counsel for Counter-Defendant informed Counter-Claimant that she intended to move to dismiss the Counterclaims because pursuant to a mediation provision in the consulting agreement that existed between Counter-Claimant and Counter-Defendant, all disputes between these two parties must be submitted to mediation. Furthermore, counsel for Counter-Defendant informed Counter-Claimant's counsel that the Counterclaims do not include factual allegations purporting to establish that this Court has specific or general personal jurisdiction over Counter-Defendant.

Counter-Claimant and Counter-Defendant recognized that if Counter-Claimant amended its Counterclaims before the Court decided Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30), such an amendment would technically moot the motion to dismiss (Dkt. 30), by changing the operative pleading in this case. Counter-Claimant and Counter-Defendant further recognized that the Court may grant Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30) with leave to amend. Consequently, if Counter-Claimant amends the Counterclaims now, such amendment would affect the Counterclaims asserted against Counter-Defendant as well.

Further, if Counter-Defendant filed a motion to dismiss based on the current version of the Counterclaims, Counter-Defendant's motion would likely not be decided until after the Court issued a ruling on Adam Fortier's, Archival Comics', and Ross Richie's Motion to Dismiss (Dkt. 30). If, as discussed above, the Court granted the motion to dismiss with leave to amend, an amended Counterclaim may be filed before Counter-Defendant 's motion to dismiss is heard, thereby rendering Counter-Defendant' s motion to dismiss moot.

This stipulation promotes judicial economy as it avoids the unnecessary delays and excessive pleadings, and also potentially aligns each Counter-Defendant's respective responses to any amended Counterclaim. For these reasons, Counter-Claimant and Counter-Defendant respectfully request their stipulation be entered by this Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, Counter-Defendant

shall answer or otherwise respond to the Counterclaims 14 days after the Court issues an order on Adam Fortier's Archival Comics, and Ross Richie's Motion to Dismiss (Dkt. 30).

**IT IS SO STIPULATED.**

Dated:  December 2, 2025          **MAZAREI LAW GROUP, INC.**

By:      /s/ *Tawny Mazarei*
Tawny Mazarei, Esq.
Attorneys for Counter-Defendant, Daniel Saeva

Dated:  December 2, 2025          **BUCHALTER, A PROFESSIONAL CORPORATION.**

By:      /s/ *Aaron Levine*
Aaron M. Levine, Esq.
Attorney for Defendant/ Counterclaimant
COUNTER-CLAIMANT MEDIA, INC.

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i) of the Central District of California, I attest that all other signatories listed on this filing, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 2, 2025               /s/ *Tawny Mazarei*
Tawny Mazarei