UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-07573-CV-SK** | Date | December 11, 2025 |
| Title | *Adam Fortier, d/b/a Portmanteu Publishing v. Macroverse Media, Inc.* | | |

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING EXTENSION OF TIME FOR COUNTER-DEFENDANTS' SAEVA AND YEE TO RESPOND TO MACROVERSE'S COUNTERCLAIMS [36, 40, 46, 48]**

Before the Court are stipulations to extend the deadline for Counter-Defendants Daniel Saeva and Harley Yee to respond to Counter-Claimant Macroverse Media, Inc.'s ("Macroverse") Counterclaims. Doc. ## 36, 40, 46, 48. Macroverse, Saeva, and Yee agree that it will conserve significant party and judicial resources if Saeva and Yee's deadline to respond to the Counterclaims is extended until after the Court rules on the pending Motion to Dismiss Counterclaims (see Doc. ## 30-1, 32) filed by Counter-Defendants Adam Fortier, Archival Comics LLC, and Ross Richie. *See* Doc. ## 46 at 2–3; 48 at 2–3.

The Court, having reviewed the Stipulations and good cause having been found, hereby GRANTS the Stipulations (Doc. ## 36, 40, 46, 48) and ORDERS as follows:

1. Counter-Defendant Daniel Saeva's deadline to respond to Macroverse's Counterclaims is now **fourteen (14) days after the Court issues its order on the pending Motion to Dismiss Counterclaims**.

2. Counter-Defendant Harley Yee's deadline to respond to Macroverse's Counterclaims is now **fourteen (14) days after the Court issues its order on the pending Motion to Dismiss Counterclaims**.

**IT IS SO ORDERED.**