# EXHIBIT 1

**Memorandum of Understanding**

**Parties:**

- **Macroverse Media Inc. ("Macroverse")**
- **Adam Fortier ("Adam") d.b.a Portmanteau Publishing**

Macroverse and Adam hereby agree that this Memorandum of Understanding ("MOU") sets forth the principal terms of a long form consulting agreement to be signed by the parties:

**A. Engagement; Ownership of Rights**

1. **Engagement as Consultant:**
    - Macroverse will engage Adam as a consultant to (a) create, produce, print, market, and distribute replicas of class comic books under Macroverse's Authentic Edition product line to include comic books, books, magazines, consumer products, and any other media formats, and (b) develop and create all technologies required for the scanning of original classic comic books and other materials and the production and printing of replicas for the Authentic Edition product line. Adam will perform all consulting services as an independent contractor, pursuant to a long form consulting agreement to be prepared by Macroverse's attorneys.

2. **Exclusivity and Ownership:**
    - Adam will not develop, create, produce, print or market any technology, material or content that is any way competitive with the contemplated Authentic Edition product line or the technologies to be developed by Adam.
    - Macroverse will be the exclusive owner and producer of all right, title and interest in the Authentic Edition product line and shall be considered the creator and owner of the technology, processes, and methods used to create the Authentic Edition product line. Adam will perform all consulting services for Macroverse as a "work made for hire" and will assign to Macroverse all rights necessary for Macroverse to have exclusive ownership of all work product.

3. **Technology Transfer:**
    - Adam will document, disclose, and deliver all technology, processes, and methods needed to create Authentic Editions to Macroverse, which will be considered the sole owner of these elements.

4. **Intellectual Property:**
    - Any patents, copyrights, trademarks, etc., related to Authentic Editions are granted to Macroverse, with Macroverse as the sole owner and the only party able to exploit these assets.

**B. Responsibilities:**

1. **Adam's Role:**

- Adam will manage and be responsible for all material aspects of the creation and production of Authentic Editions, including sourcing original books, scanning, production, cleanup, and delivering print-ready, high-resolution source files.
- Adam will also work as an independent contractor for Macroverse in the position of "Head of Publishing," managing relationships with key partners and licensees, and developing new formats and opportunities.
- Adam will supply Macroverse with full accounting of all expenses incurred in managing the production, including hard costs for scanners and equipment, costs to acquire source materials, and accounting of production costs paid to subcontractors.

2. **Macroverse's Role:**
   - Macroverse will fund the licensing costs, production costs, and printing costs, including any additional, reasonable fees required to produce Authentic Editions, as well as any agreed-upon production fees submitted by Adam via invoice that is pre-approved by Macroverse in writing.
   - Upon signing this MOU, Macroverse will provide Adam with initial funding of $215,000 (USD) to build the custom scanning equipment and technologies needed for the production of Authentic Editions and to pay certain invoices pre-approved by Macroverse in writing.
   - Macroverse will handle all distribution and marketing efforts related to the Authentic Edition product line.

## C. Financial Terms:

1. **Profit Sharing:**
   - Adam will receive 50% of the total net profits on all Authentic Edition releases he produces.
   - Adam shall be the exclusive provider of Authentic Editions. If at some point he chooses not to produce Authentic Editions, Macroverse shall not be prevented from continuing to produce the product without him.
   - Net profits are defined as Macroverse's actual realized profits after all expenses, including licensing fees, partner fees, production, marketing, fulfillment, and distribution costs, have been paid.
   - Payments will be processed and paid to Adam quarterly.

2. **Stock Compensation:**
   - Adam will be awarded a number of Macroverse stock shares equivalent to 3% of all of Macroverse's outstanding shares as of the date when this MOU is signed, vesting monthly over three years starting from the signing of this MOU. The vesting of the shares will be contingent on, among other things, Adam's continued performance of services exclusively for the benefit of Macroverse.

## D. Buyout Clause:

1. **Profit Participation Buyout:**

- At any point after 12 months or upon Macroverse entering acquisition negotiations with a third party, Macroverse may choose to buy out Adam's profit participation in Authentic Editions. The buyout will be based on an agreed-upon revenue/profit projection of 12 months of additional expected profit participation, with that amount used as the valuation basis for a cash payment and/or additional amount of Macroverse stock awarded to Adam, as agreed by the parties.

**E. Miscellaneous:**

- This MOU supersedes and replaces any previous or contemporaneous oral or written agreements, discussions and understandings of the parties hereto related to the Relationship. The parties hereto have signed this MOU as a reflection of their understanding of the principal terms of the long-form agreement contemplated hereby. This MOU shall be effective as of the latest date set forth below the parties' signature blocks below.

- This MOU and the long-form agreement shall be governed by the laws of the State of California and the United States of America. The parties hereby irrevocably submit to the exclusive jurisdiction of the courts of the State of California and the United States District Court situated in the State of California for the purposes of construing and enforcing this MOU. EACH OF THE PARTIES TO THIS MOU IRREVOCABLY WAIVES ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL ACTION OR PROCEEDING ARISING OUT OF OR RELATING TO THIS MOU OR THE SUBJECT MATTER HEREOF

- Should a lawsuit or arbitration be commenced to interpret or enforce the terms of this MOU, the prevailing party shall be entitled to recover costs and attorneys' fees in addition to any other recovery to which such party may be entitled.

- Neither this MOU nor its substance, nor any information disclosed by the parties in connection herewith shall be disclosed publicly or privately by any party, except to any party's attorneys, accountants, and other professional advisers, or as otherwise approved in writing by the other party.

**Execution:** This MOU will serve as the basis for drafting a long-form agreement by Macroverse's attorney. Both parties agree to the terms outlined above and will work together in good faith to finalize and sign the formal long-form consulting agreement.

**Signatures:**

**Macroverse Media Inc.**

*(Signature)*

Name: Eben Matthews Title: CEO

Date: 07/17/24

**Adam Fortier d.b.a Portmanteau Publishing**

*(Signature)*

Name: Adam Fortier

Date: 07/17/24