1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JESSE A. SALEN, Cal Bar No. 292043
3  jsalen@sheppardmullin.com
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone:  858.720.8900
5  Facsimile:  858.509.3691

6  Attorneys for Plaintiff/Counter-Defendant
   ADAM FORTIER d/b/a PORTMANTEAU
7  PUBLISHING; Counter-Defendants ROSS
   RICHIE, and ARCHIVAL COMICS LLC

8

9              UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | ADAM FORTIER d/b/a
   | PORTMANTEAU PUBLISHING,
13 |
   |          Plaintiff,
14 |
   |      v.
15 |
   | MACROVERSE MEDIA, INC.,
16 |
   |          Defendant.
17 |
18 |
19 |
   |——————————————————
20 | MACROVERSE MEDIA, INC.,
21 |          Counterclaimant,
22 |      v.
23 | ADAM FORTIER d/b/a
   | PORTMANTEAU PUBLISHING,
24 | ARCHIVAL COMICS LLC f/k/a
   | AUTHENTIC EDITIONS, LLC
25 | HARLEY YEE, ROSS RICHIE,
   | DANIEL SAEVA and DOES 1-10,
26 | inclusive,
27 |          Counter-Defendants.
28 |

Case No. 2:25-cv-07573-CV-SK

**ADAM FORTIER d/b/a
PORTMANTEAU PUBLISHING,
ROSS RICHIE, AND ARCHIVAL
COMICS LLC'S NOTICE OF
MOTION AND MOTION TO
DISMISS MACROVERSE MEDIA,
INC.'S COUNTERCLAIMS 4-5, 7-8
AND 10-14**

Date:    TBD
Time:    1:30 p.m.
Ctrm:    10B, 10th Floor
Judge:   Hon. Cynthia Valenzuela

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT on a date set by the Court, at 1:30 p.m., before

3  the Honorable Cynthia Valenzuela in Courtroom 10B of the United States District

4  Court, Central District of California, located at 350 W. First Street, Los Angeles, CA,

5  90012, Counter-Defendants Adam Fortier d/b/a Portmanteau Publishing, Ross Richie,

6  and Archival Comics LLC ("Counter-Defendants") will, and hereby do, respectfully

7  move this Court for an Order granting the dismissal of Defendant/Counter-Claimant

8  Macroverse Media, Inc.'s counterclaims 4-5, 7-8 and 10-14.

9  Counter-Defendants seek to dismiss counterclaims 4-5, 7-8 and 10-14 on the

10  grounds that it fails to state a claim upon which relief can be granted under Fed. R.

11  Civ. 12(b)(6).

12  This Motion will be based upon this Notice, the Memorandum of Points and

13  Authorities, the Declaration of Michael K. Heins filed concurrently herewith, and the

14  records and files in this action and any other further evidence or argument that the

15  Court may receive at or before the hearing.

16  **Statement of Compliance**

17  This Motion is made following the conference of counsel pursuant to Local

18  Rule 7.3, which took place on October 28, 2025.  (*See*, Declaration of Michael K.

19  Heins).

20

21  Dated:  December 15, 2025

22                          SHEPPARD, MULLIN, RICHTER &
23                          HAMPTON LLP

24                          By:  _____ */s/ Jesse A. Salen*_____
25                               JESSE A. SALEN
26                          Attorneys for Plaintiff/Counter-Defendant
                            ADAM FORTIER d/b/a PORTMANTEAU
27                          PUBLISHING; Counter-Defendants ROSS
                            RICHIE, and ARCHIVAL COMICS LLC
28