SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant.<br><br>MACROVERSE MEDIA, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-Defendants. | Case No. 2:25-cv-07573-CV-SK<br><br>**DECLARATION OF MICHAEL K. HEINS IN SUPPORT OF MOTION TO DISMISS MACROVERSE MEDIA, INC.'S COUNTERCLAIMS 4-5, 7-8 AND 10-14**<br><br>Date:  TBD<br>Time:  1:30 p.m.<br>Ctrm:  10B, 10th Floor<br>Judge: Hon. Cynthia Valenzuela |

I, Michael K. Heins, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Counter-Defendants Adam Fortier d/b/a Portmanteau Publishing, Ross Richie, and Archival Comics LLC ("Counter-Defendants") in this matter.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. This declaration is submitted in support of Counter-Defendants' Motion to Dismiss Macroverse Media, Inc.'s Counterclaims 4-5, 7-8, and 10-14.

4. On October, 27, 2025, I sent an email to opposing counsel stating the basis for the Motion to Dismiss and asking for a telephonic meet and confer.

5. I met with Aaron Levine, counsel for Macroverse Media, Inc. ("Macroverse"), via telephone on October 28, 2025, to discuss the substance of the Motion and any potential for resolution without involvement of the Court. I explained the bases for Counter-Defendants' Motion to Dismiss to Mr. Levine for Macroverse, namely, failing to state a claim for Counts 4-5, 7-8, and 10-14 in Macroverse's counterclaims. During the telephonic meet and confer, we discussed Counter-Defendant's positions, including: (1) independent contractors cannot be fiduciaries; (2) no one can aid and abet breaching a fiduciary duty if no duty existed in the first place; (3) the lack of allegations address specific interference of relationships; (4) the lack of allegations relating to a valid, protectable trademark; (5) and the lack of particularity in Macroverse's fraud claims.

6. Mr. Levine responded by stating Macroverse would not withdraw its claims and provided citations to certain paragraphs in the counterclaims that Macroverse believed provided sufficient support for each Count.

7. After hearing Macroverse's positions, Counter-Defendants narrowed certain aspects of the motion to dismiss, including dropping arguments with respect
///

1  to Counts 10 and 11 of the motion to dismiss.  With respect to the other arguments, the parties remain at an impasse.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of December, 2025, at San Diego, California.

                                                                                  */s/ Michael K. Heins*