UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS MACROVERSE MEDIA, INC.'S COUNTERCLAIMS 4-5, 7-8 AND 10-14** |
| MACROVERSE MEDIA, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, ARCHIVAL COMICS LLC f/k/a AUTHENTIC EDITIONS, LLC HARLEY YEE, ROSS RICHIE, DANIEL SAEVA and DOES 1-10, inclusive,<br><br>Counter-Defendants. | |

On December 15, 2025, Counter-Defendants Adam Fortier d/b/a Portmanteau Publishing, Ross Richie, and Archival Comics LLC ("Counter-Defendants") filed their Motion to Dismiss Macroverse Media Inc.'s Counterclaims 4-5, 7-8 and 10-14 (the "Motion"). Counter-Defendants request dismissal under Fed. R. Civ. 12(b)(6) for failure to state a claim upon which relief can be granted.

The Court, having considered Counter-Defendants' Motion, and good cause having been found, hereby GRANTS the Motion and ORDERS that:

1. Counterclaim 4 be dismissed with prejudice;
2. Counterclaim 5 be dismissed with prejudice;
3. Counterclaim 7 be dismissed with prejudice;
4. Counterclaim 8 be dismissed with prejudice;
5. Counterclaim 10 be dismissed with prejudice;
6. Counterclaim 11 be dismissed with prejudice;
7. Counterclaims 12 be dismissed with prejudice;
8. Counterclaim 13 be dismissed with prejudice; and
9. Counterclaim 14 be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE