# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FORTIER<br><br>Plaintiff(s),<br><br>v.<br><br>MACROVERSE MEDIA, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−07573−CV−SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/12/2025__

Document No.:   __51__

Title of Document:   __Macroverse Media, Inc.'s Counterclaims__

**ERROR(S) WITH DOCUMENT:**

Lacking written consent or leave of court to file amended counterclaims.

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 31, 2025          By:  _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**