SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
xsolanosuarez@sheppardmullin.com
MICHAEL HEINS, Cal Bar No. 331563
mheins@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:25-cv-07573-CV-SK<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, HARLEY YEE, AND ARCHIVAL COMICS LLC**<br><br>Date: October 16, 2026<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 10B, Floor 10<br><br>Judge: Hon. Cynthia Valenzuela |

**TO THE CLERK OF COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 16, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10B of the Western District Court of California located at First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") will, pursuant to Local Rule 83-2.3.2 bring on for hearing this motion for leave for an order permitting it to withdraw as counsel for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, Counter-Defendants ROSS RICHIE, HARLEY YEE, and ARCHIVAL COMICS LLC (collectively, the "Clients") in this matter.

Good cause exists for Sheppard's withdrawal. Circumstances have arisen that have rendered it unreasonably difficult for Sheppard to continue representing the Clients effectively. Sheppard communicated to the Clients the reasons necessitating its withdrawal, which include professional considerations under California Rule of Professional Conduct 1.16. To protect client confidences, Sheppard is not disclosing those reasons publicly. Declaration of Jesse A. Salen ("Salen Decl."), filed herewith, at ¶ 3.

The Clients retained Sheppard Mullin pursuant to a written engagement letter dated October 23, 2025. The engagement letter permits Sheppard to terminate its representation of the Clients, subject to its ethical obligation to provide reasonable notice so that the Clients may arrange for substitute counsel. Salen Decl. ¶ 2.

Pursuant to Local Rule 83-2.3.2, Sheppard provided the Clients with written notice beginning on April 14, 2026, that Sheppard intended to seek leave to withdraw and that the Clients would need to obtain substitute counsel. Salen Decl. ¶ 3. On September 8, 2026, Sheppard provided the Clients with copies of this Motion and the supporting papers by email and U.S. Mail. *Id*. ¶ 6.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities; the Declaration of Jesse A. Salen in support thereof, the files and records in this action, those matters of which this Court may take judicial notice, and such oral argument and evidence as the Court may deem appropriate.

**Statement of Compliance**

This Motion is made following the conference of counsel and Fortier pursuant to Local Rule 7.3, which took place on August 21 and 25, 2026. (*See*, Declaration of Jesse A. Salen).

Dated: September 9, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/Jesse A. Salen*
JESSE A. SALEN

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC