SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
xsolanosuarez@sheppardmullin.com
MICHAEL HEINS, Cal Bar No. 331563
mheins@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,

Plaintiff,

v.

MACROVERSE MEDIA, INC.,

Defendant.

AND RELATED COUNTERCLAIM.

Case No. 2:25-cv-07573-CV-SK

**DECLARATION OF JESSE A. SALEN IN SUPPORT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, HARLEY YEE, AND ARCHIVAL COMICS LLC**

Date: October 16, 2026
Time: 1:30 p.m.
Courtroom: Courtroom 10B, Floor 10

Judge: Hon. Cynthia Valenzuela

I, Jesse A. Salen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") and counsel of record for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, Counter-Defendants ROSS RICHIE, HARLEY YEE, and ARCHIVAL COMICS LLC (collectively, the "Clients") in this matter. I make this Declaration in support of Sheppard's Motion for Leave to Withdraw as Counsel of Record for the Clients. I have personal knowledge of all facts set forth in this Declaration, except where stated on information and belief. If called as a witness, I could and would testify competently thereto.

2. Sheppard has represented the Clients throughout this litigation. On October 23, 2025, the Clients executed an engagement letter with Sheppard related to this litigation that allows Sheppard to terminate its representation of them at any time, subject to its ethical obligations to provide reasonable notice to arrange for alternative representation.

3. Beginning on April 14, 2026, I provided written notice to the Clients of Sheppard's intent to withdraw as their legal counsel and that they would need to obtain new counsel. I communicated to the Clients the reasons necessitating Sheppard's withdrawal, which include professional considerations under California Rule of Professional Conduct 1.16. To protect client confidences, Sheppard is not providing these reasons.

4. The motion to dismiss filed on behalf of Adam Fortier, Ross Richie, and Archival Comics LLC remains pending. ECF Nos. 32, 52. Under the Court's December 11, 2025 Order, Harley Yee's deadline to respond to Macroverse Media, Inc.'s Counterclaims is fourteen days after the Court rules on that motion. ECF No. 50.

5. On January 20, 2026, the Court entered a Scheduling and Trial Order. ECF No. 60. Under that Order, fact discovery closes on September 25, 2026, expert

discovery closes on October 30, 2026, the Final Pretrial Conference is scheduled for February 19, 2027, and trial is scheduled for March 9, 2027.

6. On September 8, 2026, I provided copies of the Motion to Withdraw and supporting papers by email and U.S. Mail to the Clients.

7. Sheppard and counsel for Macroverse Media, Inc. discussed Sheppard's potential withdrawal on several occasions beginning in April 2026. On August 21 and 25, 2026, we conferred with counsel for Macroverse pursuant to Local Rule 7-3. Macroverse indicated that it would not oppose the Motion. Because withdrawal requires leave of Court under Local Rule 83-2.3.2, the parties could not resolve the matter without filing the Motion.

8. Sheppard has taken, and will continue to take, reasonable steps to avoid reasonably foreseeable prejudice to the Clients. Those steps include having provided reasonable advance notice of the intended withdrawal, allowing the Clients time to retain substitute counsel, advising the Clients of material deadlines and developments in this action, and facilitating the orderly transfer of the client files to substitute counsel.

9. Nothing in this Declaration or the accompanying Motion is intended to waive the attorney-client privilege or any other protection applicable to communications or information concerning Sheppard's representation of the Clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026, at San Diego, California.

*<u>/s/ Jesse A. Salen</u>*
Jesse A. Salen