UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br>Plaintiff,<br>v.<br>MACROVERSE MEDIA, INC.,<br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:25-cv-07573-CV-SK<br><br>**[PROPOSED] ORDER GRANTING SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, AND ARCHIVAL COMICS LLC [DOC. #61]** |

On September 9, 2026, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") filed a Motion to Withdraw as Counsel of Record for Plaintiff and Counter-Defendant Adam Fortier d/b/a Portmanteau Publishing, Counter-Defendants Ross Richie, and Archival Comics LLC (the "Motion").

The Court, having considered Sheppard's Motion, and good cause having been found, hereby GRANTS the Motion and ORDERS that:

1. Sheppard's attorneys of record, including Jesse Salen, Ximena Suarez, and Michael Heins are hereby authorized to, withdraw as counsel to Plaintiffs and

Counter-Defendants Adam Fortier, Archival Comics LLC, Harley Yee, and Ross Richie.

2. Adam Fortier, Harley Yee, and Ross Richie may proceed pro se in this litigation or obtain new counsel.

3. Archival Comics LLC is to obtain new counsel within thirty (30) days of this order.

**IT IS SO ORDERED.**

DATED: _____________

_____________________________________
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE