SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
xsolanosuarez@sheppardmullin.com
MICHAEL HEINS, Cal Bar No. 331563
mheins@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: October 16, 2026<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 10B, Floor 10<br><br>Judge: Hon. Cynthia Valenzuela |
| AND RELATED COUNTERCLAIM. | |

I, Leslie Sharpe, hereby certify that on September 9, 2026, a copy of the following documents:

- **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, HARLEY YEE, AND ARCHIVAL COMICS LLC**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, HARLEY YEE, AND ARCHIVAL COMICS LLC**
- **DECLARATION OF JESSE A. SALEN IN SUPPORT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, HARLEY YEE, AND ARCHIVAL COMICS LLC**
- **[PROPOSED] ORDER GRANTING SHEPPARD, MULLIN, RICHTER & HAMPTON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND COUNTER-DEFENDANT ADAM FORTIER D/B/A PORTMANTEAU PUBLISHING, COUNTER-DEFENDANTS ROSS RICHIE, AND ARCHIVAL COMICS LLC [DOC. #61]**

were served by email, U.S. Mail and/or CM/ECF on all parties and counsel of record as indicated below:

| | |
|---|---|
| **<u>Via CM/ECF</u>**<br>Aaron M. Levine<br>BUCHALTER<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-1730<br>Telephone: 213.891.0700<br>Email: alevine@buchalter.com<br><br>*Attorneys for Defendant/Counter-Claimant MACROVERSE MEDIA, INC.* | **<u>Via CM/ECF</u>**<br>Matthew L. Seror<br>BUCHALTER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: 949.760.1121<br>Email: mseror@buchalter.com<br><br>*Attorneys for Defendant/Counter-Claimant MACROVERSE MEDIA, INC.* |

| | |
|---|---|
| **Via Email and U.S. Mail**<br>Adam Fortier<br>4885 Old Brock Road<br>Claremont, Ontario L1Y 1A6<br>Canada<br>Email: adamcfortier@gmail.com<br><br>*Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING* | **Via Email and U.S. Mail**<br>Ross Richie<br>4956 Westlawn Avenue<br>Los Angeles, CA 90066<br>Email: rossrichie@gmail.com<br><br>*Cross-Defendant ROSS RICHIE* |
| **Via Email and U.S. Mail**<br>Harley Yee<br>41650 Steinbeck Glen<br>Novi, MI 48377<br>Email: harleycomx@aol.com<br><br>*Cross-Defendant HARLEY YEE* | |

I declare under the laws of the United States of America that the foregoing is true and correct. Executed September 9, 2026, at San Diego, California.

Leslie Sharpe