SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
xsolanosuarez@sheppardmullin.com
MICHAEL HEINS, Cal Bar No. 331563
mheins@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br>Plaintiff,<br>v.<br>MACROVERSE MEDIA, INC.,<br>Defendant. | Case No. 2:25-cv-07573-CV-SK<br>**DECLARATION OF MICHAEL HEINS RE STATUS OF COMPLIANCE WITH ORDER (DKT. 63)**<br>Judge: Hon. Cynthia Valenzuela |
| AND RELATED COUNTERCLAIM. | |

I, Michael Heins, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton LLP ("Sheppard") and counsel of record for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING, Counter-Defendants ROSS RICHIE, HARLEY YEE, and ARCHIVAL COMICS LLC (collectively, the "Clients") in this matter.

/ / /

2. I make this Declaration in compliance with the Court's October 14, 2026 Order (Dkt. 63) (the "Order").

3. I have personal knowledge of all facts set forth in this Declaration, except where stated on information and belief. If called as a witness, I could and would testify competently thereto.

4. On October 15, 2026, Leslie Sharpe on behalf of Sheppard served a copy of the Order by email and overnight mail via Federal Express on the Clients. A Proof of Service was filed with the Court on October 15, 2026 (Dkt. 65). See attached **Exhibit A**.

5. On October 26, 2026, I corresponded with the Clients by email reminding them of the Court's Order, reiterating that they need to file a request for substitution of counsel by October 30, 2026, or personally appear at the October 30, 2026, hearing on Sheppard's motion to withdraw as counsel. I further advised the Clients that if neither are done, a default judgment can potentially be entered against them. See attached **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026, at San Diego, California.

*<u>/s/ Michael Heins</u>*
Michael Heins