# EXHIBIT A

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
xsolanosuarez@sheppardmullin.com
MICHAEL HEINS, Cal Bar No. 331563
mheins@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>MACROVERSE MEDIA, INC.,<br><br>Defendant. | Case No. 2:25-cv-07573-CV-SK<br><br>**PROOF OF SERVICE IN COMPLIANCE WITH CIVIL MINUTES (DKT. 63)**<br><br>Judge: Hon. Cynthia Valenzuela |
| AND RELATED COUNTERCLAIM. | |

I, Leslie Sharpe, hereby certify that on October 15, 2026, a copy of the following document:

**OCTOBER 14, 2026 CIVIL MINUTES [DKT. NO. 63]**

was served by email and overnight mail via Federal Express on Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING; Counter-Defendants ROSS RICHIE, HARLEY YEE and ARCHIVAL COMICS LLC as indicated below:

| | |
|---|---|
| ***Federal Express Tracking No. 878723100686***<br><br>Adam Fortier<br>4885 Old Brock Road<br>Claremont, Ontario L1Y 1A6<br>Canada<br>Email: adamcfortier@gmail.com<br><br>*Plaintiff/Counter-Defendant ADAM FORTIER d/b/a PORTMANTEAU PUBLISHING* | ***Federal Express Tracking No. 878724992090***<br><br>Ross Richie<br>4956 Westlawn Avenue<br>Los Angeles, CA 90066<br>Email: rossrichie@gmail.com<br><br>*Cross-Defendant ROSS RICHIE* |
| ***Federal Express Tracking No. 878725251189***<br><br>Harley Yee<br>41650 Steinbeck Glen<br>Novi, MI 48377<br>Email:  harleycomx@aol.com<br><br>*Cross-Defendant HARLEY YEE* | ***Federal Express Tracking No. 878724992090***<br><br>Archival Comics LLC<br>c/o Agent: Ross Richie<br>4956 Westlawn Avenue<br>Los Angeles, CA 90066<br>Email: rossrichie@gmail.com<br><br>*Cross-Defendant ARCHIVAL COMICS LLC* |

I declare under the laws of the United States of America that the foregoing is true and correct.  Executed October 15, 2026, at San Diego, California.

Leslie Sharpe

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-07573-CV (SKx)** | Date | October 14, 2026 |
| Title | ***Adam Fortier v. Macroverse Media, Inc.*** | | |

| | |
|---|---|
| Present: The Honorable | Cynthia Valenzuela, United States District Judge |

| | |
|---|---|
| Jessica Cortes | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER CONTINUING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD [61]**

On September 9, 2026, Sheppard, Mullin, Richter & Hampton LLP ("Movant") moved to withdraw as counsel for Plaintiff/Counter-Defendant Adam Fortier d/b/a Portmanteau Publishing and Counter-Defendants Ross Richie, Harley Yee, and Archival Comics LLC ("Motion"). Doc. # 61. The Motion does not state Plaintiff/Counter-Defendant and Counter-Defendants' positions on the Motion. The Motion states that Macroverse Media, Inc. does not oppose the Motion. Doc. # 61-1 at 3.

"A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. L.R. 83-2.3.2. Movant states that it has provided notice of the Motion to Plaintiff and Defendant. Doc. # 61-1 at 3.

As of the date of this order, no alternative counsel for Plaintiff/Counter-Defendant and Counter-Defendants has been identified. Accordingly, granting the Motion would leave Plaintiff/Counter-Defendant and Counter-Defendants unrepresented in this action.

As an initial matter, the Court continues the original October 16, 2026 hearing date to October 30, 2026 at 1:30 p.m. in Courtroom 10B of the First Street Courthouse.

Movant shall serve a copy of this Order on Plaintiff/Counter-Defendant and Counter-Defendants and shall file a proof of service with the Court as set forth below. Movant is further ordered to notify Plaintiff/Counter-Defendant and Counter-Defendants that if a request for substitution of counsel *that identifies an attorney who will represent them* is not filed before the October 30, 2026, hearing,[1] **Plaintiff/Counter-Defendant and Counter-Defendants must appear personally for the hearing on the Motion, along with Movant. A corporate representative of Archival Comics LLC must appear personally for the hearing. Plaintiff/Counter-Defendant and Counter-Defendants' failure to appear at the hearing may result in a dismissal of claims for failure to prosecute or entry of default judgement.**

Movant is further ordered to notify Plaintiff/Counter-Defendant and Counter-Defendants that if they do not retain substitute counsel and the Motion is granted, they will be required to litigate this action *pro se.*[2]

**No later than October 30, 2026,** Movant shall file (1) a proof of service indicating service of this Order on Plaintiff/Counter-Defendant and Counter-Defendants and (2) a declaration regarding the status of compliance with this Order. By October 30, 2026, Movant shall further email chambers cv_chambers@cacd.uscourts.gov and provide Plaintiff/Counter-Defendant and Counter-Defendants' current contact information, including mailing addresses, telephone numbers, and email addresses.

**IT IS SO ORDERED.**

---

[1] Retention of substitute counsel for Plaintiff/Counter-Defendant and Counter-Defendants would dispense with the need for a hearing.

[2] Pro se parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic is open by appointment only on Wednesdays from 10:00 a.m. – 12:00 p.m.). Pro se litigants must call or submit an online application to request services as follows: online applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270